[No. 38957-2-I.    Division One.    June 30, 1997.]

JERRY D. SKAGEN, ET AL., *Appellants*, v. ELLIOTT
EUGENE SHOAF, ET AL., *Defendants*, ROBERT S.
GLAVIN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 93-2-28732-1, Michael J. Fox, J., entered June
11, 1996. *Affirmed* by unpublished per curiam opinion.


[No. 39045-7-I.    Division One.    June 30, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. STUART
RAY ROBERTS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-8-01954-4, Anthony P. Wartnik, J., entered
July 17, 1996. *Dismissed* by unpublished per curiam
opinion.


[No. 39055-4-I.    Division One.    June 30, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN
ROY McLEOD, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-8-01365-1, Norma Smith Huggins, J.,
entered June 26, 1996. *Dismissed* by unpublished per
curiam opinion.


[No. 39145-3-I.    Division One.    June 30, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBIN
DALE TURNER, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 95-1-01849-6, Paul D. Hansen, J.,
entered June 27, 1996. *Affirmed* by unpublished per
curiam opinion.